IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN D. BLACK | ) | CASE NO. 5:10CV0367 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | |
| STATE OF NEW JERSEY, *et al.,* | ) | OPINION AND ORDER |
| | ) | |
| Defendants. | ) | |

On March 3, 2010, this Court dismissed *pro se* Plaintiff John D. Black's complaint on the basis of the doctrine of *res judicata* as he had previously filed similar actions in New Jersey and North Carolina. This matter is now before the Court upon Plaintiff's Motion for Refund of the $350.00 filing fee asserting that he is living on social security. (Doc. No. 10.)

A filing fee is required to cover the costs of opening and docketing a case. In addition, it serves to control the filing of frivolous actions. *Capograsso v. State Farm Ins. Co.*, 2009 WL 2580432, at *1 (D. N. J., Aug. 18, 2009). A plaintiff is not guaranteed a trial just because a filing fee is paid. Plaintiff filed an action under the same facts in three different locations looking for a favorable forum. He cannot receive a refund because he was unsuccessful.

Accordingly, Plaintiff's Motion for Refund is **DENIED**.

**IT IS SO ORDERED**.

Dated: April 13, 2010

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**